HONORABLE THOMAS O. RICE

MICHAEL E. MCFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Wenatchee School
District Defendants

UNITED STATES DISTRICT COURT
FOR THE ESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., | |
| Plaintiffs, | Case No.  2:17-cv-00118-TOR |
| vs. | ANSWER TO COMPLAINT FOR DAMAGES OF WENATCHEE SCHOOL DISTRICT DEFENDANTS |
| Y.A.F., a minor child, MARIA M. PEREZ FLORES, as guardian of Y.A.F., WENATCHEE SCHOOL DISTRICT NO. 246, a political subdivision; TAUNYA BROWN, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; JEREMY WHEATLEY, individually and in his capacity as an official of Orchard Middle School and/or Wenatchee School District; RONDA BRENDER individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; KELLI OTTLEY, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; ELLEN McIRVIN, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District, | |
| Defendants. | |

COME NOW Defendants WENATCHEE SCHOOL DISTRICT, Taunya Brown, Jeremy Wheatley, Ronda Brender, Kelli Ottley, and Ellen McIrvin (collectively "WSD" or "Answering Defendants"), by and through their attorney of record, Michael E. McFarland, Jr., of Evans, Craven & Lackie, P,S,, and enter this Answer to Plaintiffs' Complaint as follows:

## I. JURISDICTION

1. Answering Defendants admit that jurisdiction and venue are proper.

## II. PARTIES

2. Answering Defendants admit that Plaintiff I.V. is a minor child.

3. The first sentence of Paragraph 3 contains a legal conclusion to which no response is necessary. Answering Defendants admit the remaining allegations of the paragraph.

4. Answering Defendants are without sufficient information to admit or deny the allegations of Paragraph 4 and therefore deny the same.

5. Answering Defendants are without sufficient information to admit or deny the allegations of Paragraph 5 and therefore deny the same.

6. Answering Defendants admit Defendant Y.A.F. is a minor child. The second sentence of the paragraph contains a legal conclusion to which no response is necessary. Answering Defendants admit the remaining allegations contained in the paragraph regarding Y.A.F.'s

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

school attendance. Answering Defendants are without sufficient information to admit or deny Y.A.F.'s residence and therefore deny the same.

7. Answering Defendants are without sufficient information to admit or deny the allegations of Paragraph 7 and therefore deny the same.

8. Answering Defendants admit that Wenatchee School District is a public school district in the state of Washington. The remainder of Paragraph 8 contains legal conclusions to which no response is required. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

9. Answering Defendants admit that the individual defendants are residents of Washington and were employed by Wenatchee School District and were acting in furtherance of their duties at all times herein. The remaining allegations constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

**III. VENUE AND ADMINISTRATIVE PREFILING CONDITIONS**

10. Answering Defendants admit that venue is proper in this Court and that Plaintiffs have complied with the applicable pre-filing requirements.

///

///

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## IV. OPERATIVE FACTS

11. The allegations of Paragraph 11 constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

12. Answering Defendants are without sufficient information to admit or deny the allegations of the first sentence and therefore deny the same. Answering Defendants deny the allegations contained in the second sentence of the paragraph. Answering Defendants are without sufficient information to admit or deny the remaining allegations contained in the paragraph and therefore deny the same.

13. Answering Defendants are without sufficient information to admit or deny the allegations contained in the paragraph and therefore deny the same.

14. Answering Defendants are without sufficient information to admit or deny the allegations contained in the first sentence of the paragraph and therefore deny the same. The second sentence of the paragraph constitutes a legal conclusion to which no response is necessary. Answering Defendants deny the remaining allegations of this paragraph.

15. Answering Defendants are without sufficient information to admit or deny whether the identified acts took place and therefore deny the same.

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Answering Defendants deny all allegations that Defendants were aware of the identified acts.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged events of September 2013 and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged events occurring during the 2014 school year and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged events of December 2014 and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged actions of Ms. Olivares and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged events of January 29, 2015, and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged events of January 30,

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2015, and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the alleged questioning of I.V. regarding his weight loss and repeated bullying and assault and therefore deny the same.

- Answering Defendants deny the allegations regarding Ms. Olivares contacting the school counselor and that Ms. Brender said she would ask other students to identify the bully.

- As this allegation is premised upon the allegation contained in the immediately preceding paragraph, Answering Defendants deny the allegation that the bully was not located or identified by the OMS staff and I.V. continued to suffer at the hands of Y.A.F.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding I.V.'s diagnosis of SMA syndrome, and allegations of other conditions and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding I.V.'s anorexia and therefore deny the same.

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

- Answering Defendants are without sufficient information to admit or deny the allegations regarding I.V.'s treatment at Children's Hospital and therefore deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding the events of Fall 2015 and therefore deny the same.

- Answering Defendants admit that on January 4, 2016, Ms. Olivares met with Ms. Brown, the principal at OMS and the name of the bully was disclosed to OMS. Answering Defendants deny the remainder of this paragraph.

- Answering Defendants are without sufficient information to admit or deny whether Ms. Olivares called the police and made a report and therefore deny the same.  Answering Defendants admit that Y.A.F. was arrested on or about January 5, 2016.

- Answering Defendants admit the police investigation revealed the existence of video evidence. Answering Defendants are without sufficient information to admit or deny the remainder of the paragraph and therefore deny the same.

- Answering Defendants admit that on January 19, 2016, an Order of

Protection was signed by a Chelan County Superior Court Judge.

- Answering Defendants admit that at some point in January 2016, Ms. Olivares had a phone conversation with Defendant Brown regarding the existence of an Order of Protection and that Ms. Brown advised Ms. Olivares of Ms. Brown's need to obtain a copy of the Order.

- Answering Defendants admit that at some point around the time alleged (January 29, 2016), Ms. Brown left a message for Ms. Olivares requesting a copy of the Order of Protection.

- Answering Defendants admit that around the time alleged (February 1, 2016), Ms. Brenner and Ms. Brown met with Ms. Olivares and reviewed the Order of Protection. Answering Defendants are without sufficient information to admit or deny the remaining allegations of this paragraph and therefore deny the same.

- Answering Defendants admit that subsequent to the meeting identified in the preceding paragraph, Ms. Olivares contacted Ms. Brown and reported that Y.A.F. had threatened I.V. Answering Defendants deny the remaining allegations contained in this paragraph.

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 8

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

- Answering Defendants deny the allegations regarding what was "ultimately determined."

- Answering Defendants admit that around the time alleged (February 4, 2016), Ms. Olivares contacted Mark Helm to discuss the Order of Protection. Answering Defendants deny all remaining allegations contained in this paragraph.

- Answering Defendants deny the allegations regarding events on February 21, 2016.

- Answering Defendants admit that I.V. was a freshman at Wenatchee High School during the 2016-2017 school year and that Y.A.F. attends Westside High School.

- Answering Defendants admit that on or about the date alleged (August 30, 2016), it was reported to Wenatchee School District that Y.A.F. had gone onto the Wenatchee High School campus. Answering Defendants deny all remaining allegations contained in this paragraph.

- Answering Defendants are without sufficient information to admit or deny the allegations of continued bullying and harassment and that I.V. attempted to end his life in October, 2016 and therefore

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 9

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

deny the same.

- Answering Defendants are without sufficient information to admit or deny the allegations regarding emotional stress and flashbacks and that I.V. is suffering a relapse of anorexia and hospitalization and therefore deny the same.

## V. FIRST CAUSE OF ACTION: DISCRIMINATION ON THE BASIS OF GENDER IN VIOLATION OF 20 U.S.C. §1681 (TITLE IX)

16. Answering Defendants reallege all previous responses as set forth in Paragraphs 1 through 15 herein.

17. Paragraph 17 constitutes legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

18. Paragraph 18 constitutes legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

19. The first sentence of Paragraph 19 constitutes legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability. Answering Defendants deny all remaining allegations contained in this paragraph.

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 10

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

20.  The first sentence of Paragraph 20 constitutes legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability. Answering Defendants deny all remaining allegations contained in this paragraph.

## VI.  SECOND CAUSE OF ACTION:<br>VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983

21.  Answering Defendants reallege all previous responses as set forth in Paragraphs 1 through 20 herein.

22.  The first two sentences of Paragraph 22 constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability. Answering Defendants deny all remaining allegations contained in this paragraph.

23.  Answering Defendants deny all allegations contained in this paragraph.

## VII.  THIRD CAUSE OF ACTION:<br>NEGLIGENCE

24.  Answering Defendants reallege all previous responses as set forth in Paragraphs 1 through 23 herein.

25.  The first two sentences of Paragraph 25 constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 11

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

allegations of liability. Answering Defendants deny the allegations contained in the last sentence of this paragraph.

26. Paragraph 26 contains legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Answering Defendants deny all allegations of liability.

27. Answering Defendants deny all allegations contained in this paragraph.

## VIII. DAMAGES

28. Answering Defendants reallege all previous responses as set forth in Paragraphs 1 through 27 herein.

29. Answering Defendants deny all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

30. Answering Defendants deny all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## IX. JURY DEMAND

31. Answering Defendants join in the request for a jury trial.

## X. PRAYER

Answering Defendants deny all allegations that these Answering Defendants are liable for any of the damages claimed by Plaintiffs and further

deny that Plaintiffs are otherwise entitled to any relief from these Answering Defendants.

* * *

These Answering Defendants specifically deny all allegations of Plaintiffs' Complaint for Damages that were not admitted herein or a lack of knowledge claimed.

## AFFIRMATIVE DEFENSES

Pursuant to the requirements of F.R.C.P. 12, without the benefit of having conducted any formal discovery in this case, by way of affirmative defenses, and without admitting any allegations previously denied, WSD asserts the following:

1. Plaintiffs have failed to state a claim against one or more Defendant.

2. The individual Defendants are entitled to a finding of qualified immunity.

3. Plaintiffs' claimed injuries and damages were caused by the intentional acts of Y.A.F. and as such Answering Defendants are entitled to a *Tegman/Rollins* jury instruction at trial.

4. As alleged in Plaintiffs' Complaint, Plaintiffs' claimed injuries and damages were caused by the negligent conduct of Y.A.F. and/or Maria M. Perez Flores.

1  DATED this 12th day of June, 2017.

EVANS, CRAVEN & LACKIE, P.S.

By:   *s/   Michael E. McFarland, Jr.*
Michael E. McFarland, Jr., #23000
Attorneys for Wenatchee School District
And School District Defendants

ANSWER TO COMPLAINT FOR DAMAGES OF
WENATCHEE SCHOOL DISTRICT DEFENDANTS - page 14

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott A. Volyn
Volyn Law Firm
23 South Mission Street, Suite B
Wenatchee, WA  98801
Email:             scott@volynlawfirm.com

                                          EVANS, CRAVEN & LACKIE, P.S.

By:    *s/   Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, #23000
        Attorney for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Suite 250
        Spokane, Washington  99201
        (509) 455-5200
        (509) 455-3632 Facsimile
        MMcFarland@ecl-law.com