# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br> Plaintiffs, <br><br> v. <br><br> WENATCHEE SCHOOL DISTRICT NO. 246, *et al.*, <br><br> Defendants. | NO. 2:17-CV-0118-TOR <br><br> ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is Plaintiffs I.V., April Olivares, and Fernando Olivares Vargas and Defendant Wenatchee School District's Stipulated Motion for Protective Order (ECF No. 25). The motion was submitted for hearing with oral argument in order to give Defendant Maria Flores and her minor child, Y.A.F. notice and an opportunity to be heard pursuant to the advance notice requirement under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b)(2)(B), regarding the release of a minor child's educational records.

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 1

The Court held a telephonic hearing on October 25, 2017 and on October 26, 2017. The Court heard from Ms. Flores through her own interpreter Gricelda Ohrazda on October 26, 2017. Ms. Flores – through her interpreter – objected to the release of her son Y.A.F.'s school information, stating she objected because Y.A.F. is her son. The Court orally ruled that it would allow the release of the information, as the information was critical to the action before the Court and the statute at issue only requires notice be given for the release of information. The Court has reviewed the record and files herein, and is fully informed. For good cause shown the motion is **GRANTED**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The parties' Stipulated Motion for Protective Order (ECF No. 25) is **GRANTED**. The terms of the Protective Order located at ECF No. 25 are incorporated herein.

The District Court Executive is directed to enter this Order and furnish copies to the parties and mail a copy of this Order to Ms. Flores at 520 Orondo Avenue, Wenatchee, Washington 98801.

**DATED** October 26, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 2