HONORABLE THOMAS O. RICE

MICHAEL E. MCFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Wenatchee School
District and School District Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br> Plaintiffs, <br><br> vs. <br><br> Y.A.F., a minor child, MARIA M. PEREZ FLORES, as guardian of Y.A.F., WENATCHEE SCHOOL DISTRICT NO. 246, a political subdivision; TAUNYA BROWN, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; JEREMY WHEATLEY, individually and in his capacity as an official of Orchard Middle School and/or Wenatchee School District; RONDA BRENDER individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; KELLI OTTLEY, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District; ELLEN McIRVIN, individually and in her capacity as an official of Orchard Middle School and/or Wenatchee School District, <br><br> Defendants. | Case No. 2:17-cv-00118-TOR <br><br> STIPULATED MOTION TO DISMISS NEGLIGENCE CLAIMS AGAINST INDIVIDUALLY-NAMED WENATCHEE SCHOOL DISTRICT DEFENDANTS <br><br> **Note on Motion Calendar:** <br><br> **Date: April 12, 2018 at 6:30 p.m.** <br><br> **Without Oral Argument** |

STIPULATED MOTION TO DISMISS
NEGLIGENCE CLAIMS - page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

COME NOW THE PARTIES, by and through their undersigned counsel, and submit the following stipulated motion.

## I. STIPULATION

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR ATTORNEYS, that:

1. Plaintiffs' negligence claim (ECF 1, pg. 18, "Third Cause of Action: Negligence") may be dismissed, without prejudice, against Defendants Taunya Brown, Jeremy Wheatley, Ronda Brender, Kelli Ottley and Ellen McIrvin. This stipulation does not affect any of Plaintiffs' other claims against any other named defendant.

2. With the dismissal of the negligence claim against Defendants Taunya Brown, Jeremy Wheatley, Ronda Brender, Kelli Ottley and Ellen McIrvin, there are no claims remaining against these defendants, and as such, the caption should be amended to remove these defendants from the caption.

## II. MOTION

Based upon the foregoing stipulation, the parties respectfully request that the Court enter an order:

1. Dismissing the negligence claim against Defendants Taunya Brown, Jeremy Wheatley, Ronda Brender, Kelli Ottley and Ellen McIrvin without prejudice; and

STIPULATED MOTION TO DISMISS
NEGLIGENCE CLAIMS  - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2.     Amending the caption to remove the dismissed defendants from the caption.

Dated this 13th day of March, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By:    *s/    Michael E. McFarland, Jr.*
       MICHAEL E. McFARLAND, JR., WSBA #23000
       SEAN E. HARKINS, WSBA #51113
       Attorneys for Defendant Wenatchee School District

VOLYN LAW FIRM

By:    *s/    Scott A. Volyn*
       SCOTT A. VOLYN, WSBA #21829
       Attorney for Plaintiffs

STIPULATED MOTION TO DISMISS
NEGLIGENCE CLAIMS - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott A. Volyn
Volyn Law Firm
23 South Mission Street, Suite B
Wenatchee, WA  98801
Email:	scott@volynlawfirm.com

                         EVANS, CRAVEN & LACKIE, P.S.

By:     *s/    Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, #23000
        Attorney for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Suite 250
        Spokane, Washington  99201
        (509) 455-5200
        (509) 455-3632 Facsimile
        MMcFarland@ecl-law.com

STIPULATED MOTION TO DISMISS
NEGLIGENCE CLAIMS  - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632