UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br> Plaintiffs, <br><br> v. <br><br> WENATCHEE SCHOOL DISTRICT NO. 246, *et al.*, <br><br> Defendants. | NO. 2:17-CV-0118-TOR <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS AS TO CERTAIN DEFENDANTS |

BEFORE THE COURT is the Parties' Stipulated Motion to Dismiss Negligence Claim Against Individually-Named Wenatchee School District Defendants (ECF No. 36). The motion was submitted without a request for oral argument. The parties have stipulated that Plaintiffs' negligence claim against Defendants Taunya Brown, Jeremy Wheatley, Ronda Brender, Kelli Ottley and Ellen McIrvin may be dismissed without prejudice, and that this is the only claim

ORDER GRANTING STIPULATED MOTION TO DISMISS AS TO CERTAIN DEFENDANTS ~ 1

against said Defendants. ECF No. 36 at 2. Pursuant to the parties' stipulation, all of the claims against the above-named Defendants are dismissed without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiffs' negligence claims against the above-named Defendants are hereby **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and terminate the above-named Defendants from this action.

**DATED** March 23, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS AS TO CERTAIN DEFENDANTS ~ 2