HONORABLE THOMAS O. RICE

MICHAEL E. MCFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Wenatchee School District

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br>                           Plaintiffs, <br><br> vs. <br><br> Y.A.F., a minor child, MARIA M. PEREZ FLORES, as guardian of Y.A.F., WENATCHEE SCHOOL DISTRICT NO. 246, a political subdivision; <br><br>                         Defendants. | Case No.  2:17-cv-00118-TOR <br><br> STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS <br><br> **Note on Motion Calendar:** <br><br> **Date: December 11, 2018 at 6:30 p.m.** <br><br> **Without Oral Argument** |

COME NOW the parties, through their undersigned attorneys of record and hereby stipulate that all of Plaintiffs' claims against Defendants should be dismissed with prejudice and without costs to either party.

///

///

///

*** - page 1

1       DATED this 4th day of December, 2018.

2

3  EVANS, CRAVEN & LACKIE, P.S.

4

5

6  By:     s/   *Michael E. McFarland, Jr.*

             MICHAEL E. McFARLAND, JR., WSBA #23000

7           SEAN E. HARKINS, WSBA #51113

8           Attorneys for Defendant Wenatchee School District

9

  VOLYN LAW FIRM

10

11

12  By:     s/   *Scott A. Volyn*

             SCOTT A. VOLYN, WSBA #21829

13           Attorney for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott A. Volyn
Volyn Law Firm
23 South Mission Street, Suite B
Wenatchee, WA 98801
Email:                scott@volynlawfirm.com

I hereby further certify that I have caused to be served a true and correct copy of the foregoing document(s) on the non-CM/ECF participants as indicated:

Maria M. Perez Flores                        Via Regular Mail          [X]
1121 Cashmere St                              Via Certified Mail        [ ]
Wenatchee, WA 98801                      Via Overnight Mail      [ ]
                                                         Via Facsimile               [ ]
                                                         Hand Delivered           [ ]


                                         EVANS, CRAVEN & LACKIE, P.S.

                         By:      s/   Michael E. McFarland, Jr.
                                         MICHAEL E. McFARLAND, #23000
                                         Attorney for Defendant
                                         Evans, Craven & Lackie, P.S.
                                         818 W. Riverside Ave., Suite 250
                                         Spokane, Washington  99201
                                         (509) 455-5200
                                         (509) 455-3632 Facsimile
                                         MMcFarland@ecl-law.com

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632