HONORABLE THOMAS O. RICE

MICHAEL E. MCFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Wenatchee School District

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br> Plaintiffs, <br><br> vs. <br><br> Y.A.F., a minor child, MARIA M. PEREZ FLORES, as guardian of Y.A.F., WENATCHEE SCHOOL DISTRICT NO. 246, a political subdivision; <br><br> Defendants. | Case No. 2:17-cv-00118-TOR <br><br> [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

THIS MATTER coming before the Court upon the joint stipulation of the parties for dismissal of all claims and causes of action against Defendants and having reviewed the files and records, and good cause appearing; now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action against Defendants are hereby **DISMISSED** with prejudice and without costs to either party.

///

SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Thomas O. Rice

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:     *s/    Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, JR., WSBA #23000
        SEAN E. HARKINS, WSBA #51113
        Attorneys for Defendant Wenatchee School District

Approved as to Form; Notice of Presentment Waived

VOLYN LAW FIRM

By:     *s/    Scott A. Volyn*
        SCOTT A. VOLYN, WSBA #21829
        Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott A. Volyn
Volyn Law Firm
23 South Mission Street, Suite B
Wenatchee, WA  98801
Email:         scott@volynlawfirm.com

I hereby further certify that I have caused to be served a true and correct copy of the foregoing document(s) on the non-CM/ECF participants as indicated:

| Maria M. Perez Flores<br>1121 Cashmere St<br>Wenatchee, WA 98801 | Via Regular Mail [X]<br>Via Certified Mail [ ]<br>Via Overnight Mail [ ]<br>Via Facsimile [ ]<br>Hand Delivered [ ] |
|---|---|

EVANS, CRAVEN & LACKIE, P.S.

By:    *s/   Michael E. McFarland, Jr.*
MICHAEL E. McFARLAND, #23000
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com