UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I.V., a minor child; and APRIL OLIVARES and FERNANDO OLIVARES VARGAS, parents of I.V., <br><br> Plaintiffs, <br><br> v. <br><br> WENATCHEE SCHOOL DISTRICT NO. 246, *et al.*, <br><br> Defendants. | NO. 2:17-CV-0118-TOR <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal With Prejudice and Without Costs (ECF No. 92). The parties have stipulated that "all of Plaintiffs' claims against Defendants should be dismissed with prejudice and without costs to either party." ECF No. 92 at 1.

//

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims against the Defendants are hereby **DISMISSED** with prejudice and without an award of costs to either party.

The District Court Executive is hereby directed to enter this Order, enter judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 6, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2